

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2016

No. 04-16-00503-CV

**IN RE ESTATE OF RAMIRO AGUILAR JR., DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2800
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Appellants' brief was due November 14, 2016. Appellants have filed an unopposed extension of time, asking for an additional forty-five days to file their brief. After review, we **GRANT** appellants' motion and **ORDER** appellants to file their brief on or before December 29, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court